Timothy D. Hurley, appellee, v. Women's Association of Commerce, appellant. Gen. No. 26,455.

Action on contract for attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Lefkow & Lefkow, for appellant. Alanson C. Noble, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

A. Doolittle, appellee, v. Madame Ise'bell's Toilet Manufacturing Company, appellant. Gen. No. 26,472.

Action on contract of employment. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921. Rehearing denied June 27, 1921. Certiorari denied by Supreme Court (making opinion final).

Lurie & Fishell, for appellant; Morris K. Levinson, of counsel. George B. Cohen, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Joseph Urba, appellee, v. Elizabeth Plunges, appellant. Gen. No. 26,485.

Action for damages for assault and battery. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

T. F. Laramie, for appellant. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

John H. Schlueter et al., trading as Schlueter & Sons, appellants, v. Fred C. Hess, appellee. Gen. No. 26,514.

Action to recover money furnished to defendant for expenses on a trip as salesman. Claim by defendant by way of set-off for breach of the contract of employment. Judgment for defendant on claim of set-off. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Cleland, Lee & Phelps, for appellants; Robert G. Phelps, of counsel. Melville R. Thomson, for appellee; George H. Sugrue, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Charles W. Evans, appellee, v. Boyden Shoe Manufacturing Company, appellant. Gen. No. 26,547.

Action for commission upon a sale of merchandise as made in territory assigned to plaintiff as salesman for defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed June 13, 1921.

Dent, Dobyns & Freeman, for appellant. Zimmerman, Mack & Garrett, for appellee.

Mr. Justice Dever delivered the opinion of the court.